UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-63-T-24-TGW

DAVID ERNEST ESTEVES  18 U.S.C. § 1505

## INFORMATION

The United States Attorney charges:

### Introduction

At times material to this Information:

1. David Ernest Esteves ("Esteves") was a resident of Pinellas County, Florida, located within the Middle District of Florida.

2. Avantair, Inc. ("Avantair") was a jet charter and fractional aircraft ownership company certified under Title 14, Code of Federal Regulations, Part 135, and Part 91K of the Federal Aviation Regulations. Avantair was based at the St. Petersburg-Clearwater International Airport in Clearwater, Florida, located within the Middle District of Florida. Avantair owned and operated aircraft serving passengers across the continental United States. Esteves served as the Director of Maintenance at Avantair.

3. The National Transportation Safety Board ("NTSB") was an independent federal agency charged with investigating every civil aviation accident in the United States, among other duties.

4. The Federal Aviation Administration ("FAA") was an agency within the United States Department of Transportation charged with promoting aviation safety and efficiency in domestic civil aviation, among other duties.

5. Each Avantair aircraft was equipped with an elevator attached to each side of the aircraft's tail that, by tilting upward or downward, played an essential role in controlling the aircraft's pitch, or upward or downward tilt of the plane's nose, during flight. The failure of one or both of the aircraft's elevators in flight could result in a partial or complete loss of control of the aircraft and imperil the lives of the passengers and crew.

6. On or about July 28, 2012, a Piaggio P.180 aircraft (the "aircraft") registered to Avantair lost its left elevator while taking off from Camarillo, California, *en route* to San Diego, California. The aircraft landed in San Diego, picked up additional passengers, and continued to Henderson, Nevada, still missing its left elevator. During the flight from San Diego to Henderson, the aircraft's chief pilot noticed a significant impairment of control and reported the problem to Avantair's Maintenance Control Center in

Clearwater, Florida. After the aircraft landed in Henderson, the loss of the left elevator was discovered.

7. Following the aircraft's arrival in Henderson, Nevada, and the discovery of the missing elevator, the NTSB and FAA were informed of the incident and charged with investigating its cause and the airworthiness of the aircraft. The loss of the elevator was classified as an "accident" by the NTSB and FAA.

### COUNT ONE

On or about July 30, 2012, in Pinellas County, located within the Middle District of Florida, and elsewhere,

DAVID ERNEST ESTEVES,

the defendant herein, did corruptly influence, obstruct, and impede, and endeavored to influence, obstruct, and impede, the due and proper administration of the law under which a pending proceeding, to wit, the investigation of an accident involving the loss of an elevator from an Avantair aircraft, was being had before the NTSB and the FAA, by tampering with

evidence material to that investigation and causing such evidence to be tampered with.

In violation of Title 18, United States Code, Sections 1505 and 2.

A. LEE BENTLEY, III
United States Attorney

By: _____
Eric K. Gerard
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section