# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | Criminal No. |
| DAVID ERNEST ESTEVES | 8:17-cr-63-T-24TGW |

I, David Ernest Esteves, the above named defendant, who is accused of Obstructing Proceedings Before a Department, Agency, or Committee, in violation of 18 U.S.C. § 1505, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
David Ernest Esteves
Defendant

_____
Scott Robbins, Esq.
Counsel for Defendant

Before _____
Judicial Officer