UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:17-cr-63-T-24TGW　　　　　　　　DATE: MARCH 10, 2017

# HONORABLE THOMAS G. WILSON

UNITED STATES OF AMERICA　　　　　　　AUSA PATRICK SCRUGGS for
　　　　　　　　　　　　　　　　　　　　　　　　　　　ERIC GERARD
-v-

DAVID ERNEST ESTEVES　　　　　　　　　　SCOTT LYON ROBBINS

TIME: 2:39 - 3:16　　　　　　　　　　　　　　　　TAPE: DIGITAL
DEPUTY CLERK: DAWN M. SAUCIER　　　　COURTROOM 12A
COURT REPORTER: N/A

PROCEEDINGS: INITIAL APPEARANCE/GUILTY PLEA

( X )　DEFENDANT SWORN

( X )　PLEA AGREEMENT FILED

( X )　WAIVER OF INDICTMENT ACCEPTED

( X )　WITHDRAWAL OF NOT GUILTY PLEA AND PLEA OF GUILTY ENTERED AS TO COUNT ONE OF THE INFORMATION

( X )　ASSUMING DEFENDANT ELIGIBLE AND NO ADVERSE INFORMATION RECEIVED, GOVERNMENT TO FILE THIRD-LEVEL DOWNWARD DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY

( X )　FACTUAL BASIS ESTABLISHED

( X )　REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION

( X )　SENTENCING TO BE SCHEDULED BEFORE JUDGE SUSAN C. BUCKLEW

( X )　DETENTION:

　　　　GOVERNMENT: REQUESTS $20,000 SIGNATURE BOND

　　　　DEFENDANT: REQUESTS RELEASE ON DEFENDANT'S OWN RECOGNIZANCE

　　　　COURT: DEFENDANT TO BE RELEASED ON HIS OWN RECOGNIZANCE

( X )　DEFENDANT TO BE RELEASED ON HIS OWN RECOGNIZANCE.