UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 8:17-cr-63-T-24TGW

DAVID ERNEST ESTEVES

---

ORDER

This cause came on to be heard at the time of the defendant's initial appearance. At the hearing, the government did not object to the defendant's request to be released on his own recognizance. Accordingly, the defendant is ordered to report immediately to the United States Marshal for processing. The United States Marshal is thereafter directed to **RELEASE** the defendant.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 10th day of March, 2017.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE